# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNION PACIFIC RAILROAD COMPANY,

                                  Plaintiff,                03-CV-6521-CJS-MWP

-vs-                                    ORDER

ROCHESTER FOOD PROVISIONS, INC., d/b/a PRODUCE PLUS OF ROCHESTER, d/b/a PRODUCE PLUS, d/b/a PRODUCE PLUS OF NEW YORK, d/b/a ROCHESTER PRODUCE PLUS,

                                Defendants.

The Court having Ordered defendant to show cause on May 19, 2005, at 3:00 p.m. why it should not grant the application by Pearl Malarney Smith, P.C., to withdraw as attorneys of record for defendants, and defendant having failed to appear, it is hereby

ORDERED, that the application by Pearl Malarney Smith, P.C., to withdraw as attorneys of record for defendants is GRANTED and Pearl Malarney Smith, P.C., is relieved as counsel of record for defendants.

IT IS SO ORDERED.

Dated: May 19, 2005
        Rochester, New York

ENTER:

_____
CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE